CLOSED,ACO,TransferredOutCase−DoNotDocket

# U.S. District Court
## Eastern District of New York (Brooklyn)
### CIVIL DOCKET FOR CASE #: 1:17−cv−06234−ILG−SJB

| | |
|---|---|
| Grijalva v. Marriott International, Inc. et al | Date Filed: 10/25/2017 |
| Assigned to: Judge I. Leo Glasser | Date Terminated: 05/15/2018 |
| Referred to: Magistrate Judge Sanket J. Bulsara | Jury Demand: Plaintiff |
| Demand: $6,000,000 | Nature of Suit: 790 Labor: Other |
| Cause: 28:451 Employment Discrimination | Jurisdiction: Federal Question |

**Plaintiff**

**Katrina Grijalva**   represented by   **Gary E. Hanna**
Hanna Law Group
8410 3rd Avenue
2nd Floor
Brooklyn
Brooklyn, NY 11209
UNITED STA
718−232−3001
Fax: 718−232−2330
Email: garyhannalaw@gmail.com
*ATTORNEY TO BE NOTICED*

**Jonathan B. Behrins**
The Behrins Law Firm PLLC
1110 South Avenue Suite 402
Staten Island, NY 10314
718−447−5540
Email: jb@behrinslaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Marriott International, Inc.**   represented by   **Alison G. Renner**
Mintz Levin Cohn Ferris Glovsky and Popeo PC
666 Third Avenue
New York, NY 10017
(212)935−3000
Fax: (212)983−3115
Email: agrenner@mintz.com
*ATTORNEY TO BE NOTICED*

**Brie Kluytenaar**
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo PC
The Chrysler Center
666 Third Avenue
New York, NY 10017
212−935−3000
Fax: 212−983−3115

Email: bkluytenaar@mintz.com
*ATTORNEY TO BE NOTICED*

**Michael Scott Arnold**
Mintz Levin Cohn Ferris Glovsky & Popeo PC
The Chrysler Center
666 Third Avenue
New York, NY 10017
(212)935–3000
Fax: (212)983–3115
Email: marnold@mintz.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Vanessa Valerio**   represented by   **Alison G. Renner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brie Kluytenaar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Scott Arnold**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/25/2017 | Ï 1 | COMPLAINT against All Defendants filing fee $ 400, receipt number 0207–9931461 Was the Disclosure Statement on Civil Cover Sheet completed –NO,, filed by Katrina Grijalva. (Attachments: # 1 Proposed Summons) (Behrins, Jonathan) (Entered: 10/25/2017) |
| 10/25/2017 | Ï 2 | Civil Cover Sheet.. Re 1 Complaint by Katrina Grijalva (Behrins, Jonathan) (Entered: 10/25/2017) |
| 10/25/2017 | Ï | Case assigned to Judge I. Leo Glasser and Magistrate Judge Sanket J. Bulsara. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Bowens, Priscilla) (Entered: 10/26/2017) |
| 10/25/2017 | Ï 3 | Summons Issued as to Marriott International, Inc.. (Bowens, Priscilla) (Entered: 10/26/2017) |
| 10/26/2017 | Ï 4 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent unless all parties have signed the consent.** (Bowens, Priscilla) (Entered: 10/26/2017) |
| 10/26/2017 | Ï 5 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (Bowens, Priscilla) (Entered: 10/26/2017) |
| 12/01/2017 | Ï 6 | |

| | | |
|---|---|---|
| | | NOTICE of Appearance by Michael Scott Arnold on behalf of Marriott International, Inc., Vanessa Valerio (aty to be noticed) (Arnold, Michael) (Entered: 12/01/2017) |
| 12/01/2017 | Ï 7 | NOTICE of Appearance by Brie Kluytenaar on behalf of Marriott International, Inc., Vanessa Valerio (aty to be noticed) (Kluytenaar, Brie) (Entered: 12/01/2017) |
| 12/01/2017 | Ï 8 | Letter MOTION for Extension of Time to File Answer re 1 Complaint *(Letter Motion Requesting Extension of Time for Defendants to answer, move, or otherwise respond to the Complaint)* by Marriott International, Inc., Vanessa Valerio. (Arnold, Michael) (Entered: 12/01/2017) |
| 12/04/2017 | Ï | ORDER: The Motion for Extension of Time 8 is granted. Defendants Marriott International, Inc., Vanessa Valerio shall file a answer to the complaint on or before **12/22/2017**. So Ordered by Magistrate Judge Sanket J. Bulsara on 12/4/2017. (Manson, Eddie) (Entered: 12/04/2017) |
| 12/04/2017 | Ï 9 | SCHEDULING ORDER: An in person initial conference will be held at **12:00 Noon on 1/25/2018** in Courtroom 324N before Magistrate Judge Sanket J. Bulsara. All Counsel must attend. Counsel are directed to complete the attached Discovery Plan Worksheet and electronically file same with the Court no later than two (2) days before 1/25/2018. So Ordered by Magistrate Judge Sanket J. Bulsara on 12/4/2017. (Manson, Eddie) (Entered: 12/04/2017) |
| 12/20/2017 | Ï 10 | AMENDED COMPLAINT against Marriott International, Inc., Vanessa Valerio, filed by Katrina Grijalva. (Behrins, Jonathan) (Entered: 12/20/2017) |
| 12/21/2017 | Ï 11 | NOTICE of Appearance by Alison Lee Genova on behalf of Marriott International, Inc., Vanessa Valerio (aty to be noticed) (Genova, Alison) (Entered: 12/21/2017) |
| 01/03/2018 | Ï 12 | Corporate Disclosure Statement by Marriott International, Inc. identifying Other Affiliate Marriot International, Inc. for Marriott International, Inc.. (Arnold, Michael) (Entered: 01/03/2018) |
| 01/03/2018 | Ï 13 | ANSWER to 10 Amended Complaint *and Affirmative Defenses* by Marriott International, Inc., Vanessa Valerio. (Arnold, Michael) (Entered: 01/03/2018) |
| 01/23/2018 | Ï 14 | NOTICE by Marriott International, Inc., Vanessa Valerio re 9 Scheduling Order, *(Joint Discovery Plan Worksheet)* (Arnold, Michael) (Entered: 01/23/2018) |
| 01/25/2018 | Ï | Minute Entry for proceedings held before Magistrate Judge Sanket J. Bulsara: An in person initial conference was held on 1/25/2018. Counsel for both parties was present. (See separate docket entry for order issuing from this proceeding). (FTR Log #12:12−12:35.) (Manson, Eddie) (Entered: 01/25/2018) |
| 01/25/2018 | Ï 15 | SCHEDULING ORDER: The parties shall submit joint certification that discovery has been completed by **9/14/2018**. Other deadlines set based on parties' submitted joint discovery worksheet and are reflected in the attached order. An in−person settlement conference will be held on **5/2/2018 at 2:00 P.M.** before Magistrate Judge Bulsara in Courtroom 324N. The parties shall submit a joint letter on or before **3/30/2018** advising the Court whether mediation is necessary. The parties shall also submit their respective settlement positions via ex parte to Chambers email no later than three days before **5/2/2018**. Counsel are to refer to the Settlement Section of this Court's Individual Rules in preparation for the conference. SO Ordered by Magistrate Judge Sanket J. Bulsara on 1/25/2018. (Manson, Eddie) (Entered: 01/25/2018) |
| 02/27/2018 | Ï 16 | NOTICE of Appearance by Gary E. Hanna on behalf of All Plaintiffs (aty to be noticed) (Hanna, Gary) (Entered: 02/27/2018) |
| 03/30/2018 | Ï 17 | Letter *reporting no agreement to arbitrate* by Katrina Grijalva (Behrins, Jonathan) (Entered: 03/30/2018) |
| 05/02/2018 | Ï 18 | First MOTION to Adjourn Conference by Katrina Grijalva. (Behrins, Jonathan) (Entered: 05/02/2018) |

| 05/02/2018 | ï | ORDER: The motion to adjourn the conference 18 is granted. The settlement conference is adjourned sine die. So Ordered by Magistrate Judge Sanket J. Bulsara on 5/2/2018. (Zhang, Fan) (Entered: 05/02/2018) |
|---|---|---|
| 05/02/2018 | ï | SCHEDULING ORDER: An in person settlement conference will talk place on **September 6, 2018 at 10:30 A.M.** in Courtroom 324N before Magistrate Judge Sanket J. Bulsara. The parties shall also submit their respective settlement positions via ex parte to Chamber's email no later than **three days before September 6, 2018**. Counsel are to refer to the Settlement Section of this Court's Individual Rules in preparation for the conference. So Ordered by Magistrate Judge Sanket J. Bulsara on 5/2/2018. (Manson, Eddie) (Entered: 05/02/2018) |
| 05/04/2018 | ï 19 | ORDER: On May 2, 2018, the Court reluctantly granted an adjournment of the settlement conference scheduled for the same day. For the reasons stated in the attached order, Plaintiff's counsel are notified that future violations of the Court's rules may result in sanctions. So Ordered by Magistrate Judge Sanket J. Bulsara on 5/4/2018. (Zhang, Fan) (Entered: 05/04/2018) |
| 05/07/2018 | ï | ORDER: Pursuant to the federal venue statute, 28 USC § 1391, a civil action may be brought in, among other places, a judicial district in which any defendant resides or in which a substantial part of the events giving rise to the claim occurred. The Complaint alleges that Plaintiff worked at JW Marriott Essex House, whose address is in Manhattan. It appears that Marriott Hotel Services, Inc. is incorporated in Delaware, with its principal executive office in Maryland. Thus, it appears that the events relevant to this case is in the Southern District of New York, and Marriot's residence is in the District of Delaware and the District of Maryland. Nothing other than the fact that she is a resident of New York is said about Plaintiff Katrina Grijalva. To the extent venue is based on Plaintiff's residence in the Eastern District of New York that is insufficient. As is clear from the text of § 1391(a), plaintiff's residence is irrelevant in determining proper venue pursuant to this provision. *Maldonado v. Ivanovich*, No. 97–CIV–6360, 1998 WL 323483, at *1 (S.D.N.Y. June 17, 1998). The only allegation about venue asserts that the actions took place in the state of New York. Plaintiff is ordered to show cause by **5/14/2018** why venue is proper in the Eastern District of New York and why this case should not be transferred pursuant to 28 USC § 1406 to another federal district. Defendants may make any submission on that date as well. So Ordered by Magistrate Judge Sanket J. Bulsara on 5/7/2018. (Zhang, Fan) (Entered: 05/07/2018) |
| 05/10/2018 | ï 20 | Letter by Katrina Grijalva (Hanna, Gary) (Entered: 05/10/2018) |
| 05/14/2018 | ï 21 | Letter *re: venue* by Katrina Grijalva (Behrins, Jonathan) (Entered: 05/14/2018) |
| 05/15/2018 | ï 22 | ORDER TRANSFERRING CASE: Accordingly, the Court hereby transfers this case to the Southern District of New York. So Ordered by Judge I. Leo Glasser on 5/15/2018. (Almonte, Giselle) (Entered: 05/16/2018) |
| 05/15/2018 | ï | Case transferred to District of USDC Southern District of New York. Original file, certified copy of transfer order, and docket sheet sent. **ALL FILINGS ARE TO BE MADE IN THE TRANSFER COURT, DO NOT DOCKET TO THIS CASE.** (Almonte, Giselle) (Entered: 05/16/2018) |